STATE, RESPONDENT, *v.* OVERSTREET, APPELLANT.

(No. 3,971.)

(Submitted April 23, 1917. Decided May 28, 1917.)

[165 Pac. 753.]

(For syllabus and names of counsel, see *State* v. *Story,*
*ante,* p. 573.)

MR. JUSTICE SANNER delivered the opinion of the court.

The questions presented by this appeal are the same and arise
in the same way as those presented in *State ex rel. Langohr* v.
*Story, ante,* p. 573, 165 Pac. 748. On the authority of that deci-
sion, and for the reasons stated therein, the judgment appealed
from is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. CHIEF JUSTICE HOLLO-
WAY concur.